# UNITED STATES BANKRUPTCY COURT, DISTRICT OF MASSACHUSETTS
### Proceeding Memorandum/Order of Court

**In Re:** Hub Technologies, Inc.,　　　　　　　　**Case Number:** 07-17138　　　**Ch:** 11

**MATTER:**
#25 Emergency Motion of Debtor to Pay Certain Pre-Petition Payroll and to Use Cash Collateral to the Extent of Such Payments (L. Su)

**MOVANT/APPLICANT/PARTIES:**

**OUTCOME:**

__✓__ Granted _____ Denied _____ Approved _____ Sustained
_____ Denied _____ Denied without prejudice _____ Withdrawn in open court _____ Overruled
_____ OSC enforced/released
_____ Continued to:_____ For:_____
_____ Formal order/stipulation to be submitted by:_____ Date due:_____
_____ Findings and conclusions dictated at close of hearing incorporated by reference
_____ Taken under advisement: Brief(s) due_____ From_____
　　　　　　　　　　　　　　Response(s) due_____ From_____
_____ Fees allowed in the amount of: $_____ Expenses of: $_____
_____ No appearance/response by:_____
__✓__ DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

Hearing held. For the reasons stated on the record, the motion is hereby granted.

A further hearing on cash collateral use will be held on November 15, 2007 at 3:00 p.m. By November 14, 2007 at noon, the Debtor shall file and serve a revenue projection and expense budget for the period through which further cash collateral use is sought. Objections to further cash collateral use shall be filed and served by noon on November 15, 2007.

By November 13, 2007, Harley Waite, Jr., the president of the Debtor, shall file and serve an affidavit attesting that the amount paid to each of the Debtor's employees pursuant to the motion will not exceed the statutory cap set forth in 11 U.S.C. sec. 507(a)(4).

IT IS SO NOTED:　　　　　　　　　　　　　　IT IS SO ORDERED:

　　　　　　　　　　　　　　　　　　　　　　　*Robert Somma*　　　　　　　　　　Dated: 11/9/2007
Courtroom Deputy　　　　　　　　　　　　Robert Somma, U.S. Bankruptcy Judge