UNITED STATES BANKRUPTCY COURT, DISTRICT OF MASSACHUSETTS

Proceeding Memorandum/Order of Court

**In Re:** Hub Technologies, Inc.,  **Case Number:** 07-17138  **Ch:** 11

**MATTER:**
#46 Emergency Motion of Debtor for the Use of Cash Collateral  (S. Gordon) (Objections due 11/15/07 12:00 noon)

**MOVANT/APPLICANT/PARTIES:**

**OUTCOME:**

_✓_ Granted _____ Denied _____ Approved _____ Sustained
_____ Denied _____ Denied without prejudice _____ Withdrawn in open court _____ Overruled
_____ OSC enforced/released
_____ Continued to:_____ For:_____
_____ Formal order/stipulation to be submitted by:_____ Date due:_____
_____ Findings and conclusions dictated at close of hearing incorporated by reference
_____ Taken under advisement: Brief(s) due_____ From_____
                Response(s) due_____ From_____
_____ Fees allowed in the amount of: $_____ Expenses of: $_____
_____ No appearance/response by:_____
_✓_ DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

Hearing held. For the reasons stated on the record, the motion is hereby granted and cash collateral use is hereby authorized and approved through January 8, 2008 at 2:00 p.m at which time the court will conduct a hearing regarding further cash collateral use. By 12:00 noon on January 7, 2008, the Debtor shall file and serve an actual v. budget comparison through the period ending December 31, 2007 and projected revenue and expense budget through the period ending March 31, 2008 Objections to the further use of cash collateral shall be filed and served by noon on January 8, 2008.

IT IS SO NOTED:                                IT IS SO ORDERED:

                                               *Robert Somma*

_____                 _____ Dated: 11/15/2007
Courtroom Deputy                               Robert  Somma, U.S. Bankruptcy Judge