UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re ) | |
| ) | |
| HUB TECHNOLOGIES, INC. ) | Chapter 11 |
| ) | Case No.: 07-17138-RS |
| Debtor. ) | |
| ) | |

DEBTOR'S APPLICATION TO EMPLOY ACCOUNTANT

Hub Technologies, Inc., debtor in possession ("Debtor"), moves the Court pursuant to 11 U.S.C. § 327 to employ Timothy F. Allen and T.F. Allen & Company ("T.F. Allen"), as accountants to the Debtor in this proceeding. In support of its Application, the Debtor states the following:

1. The Debtor filed a voluntary petition under Chapter 11 of Title 11 of the United States Code on November 6, 2007 (the "Petition Date"). The Debtor continues to operate its business and manage its property as debtor in possession.

2. In order to prepare necessary tax filings, accounting statements and to assist the Debtor in connection with gathering financial data and information and forming financial projections from that information, it is necessary for the Debtor to employ an accountant.

3. T.F. Allen is a full-service certified public accounting and business consulting firm. T.F. Allen has significant experience representing companies such as the Debtor, and has been representing the Debtor since August, 2005.

4. According to the Debtor's books and records, as of the Petition Date, the Debtor owed T.F. Allen $50,000. Subject to the allowance of this Application, T.F. Allen waives any

claim it has against the Debtor for amounts owed for services performed on behalf of the Debtor for the period prior to November 6, 2007.

5.  The Debtor submits herewith the Affidavit of Timothy F. Allen (the "Affidavit"). Mr. Allen has considerable experience as an accountant and is well qualified to provide the services necessary to the Debtor in this matter. The Affidavit sets forth Mr. Allen's qualifications and his status as a disinterested person holding no interest adverse to the estate.

6.  The Debtor seeks authority to pay T.F. Allen at its normal hourly rates which range from $100 per hour to $175 per hour. Mr. Allen's hourly time charge is $175 per hour. The Debtor will make payment after application to and approval by the Court or in accordance with any Orders entered by the Court governing the interim compensation of professionals.

7.  This Application is filed within fourteen (14) days from Petition Date and, pursuant to MLBR 2014-1(d), the Debtor requests that the approval of this Application be retroactive and deemed effective commencing the date that services were first rendered by T.F. Allen to the Debtor.

Wherefore, the Debtor prays that the Court enter an Order:

1)  authorizing it to employ Timothy F. Allen and T.F. Allen & Company as accountants in this matter on the terms and conditions set forth above;

2)  granting such approval retroactively and deeming it effective commencing the date that services were first rendered by T.F. Allen to the Debtor; and

3) granting such other and further relief as is just.

                HUB TECHNOLOGIES, INC.
                By its attorneys,

                /s/ Leslie F. Su
                Stephen F. Gordon (BBO No. 203600)
                Peter J. Haley (BBO No. 543858)
                Leslie F. Su (BBO No. 641833)
                Gordon Haley LLP
                101 Federal Street
                Boston, Massachusetts 02110-1844
                Tel: (617) 261-0100
                Fax: (617) 261-0789
                E-mail: sgordon@gordonhaley.com
                        haley@gordonhaley.com
                        Lsu@gordonhaley.com

Dated: November 20, 2007
P:\Clients\Hub Technologies\Plead\App to Employ Accountant.doc

3