UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| In re:<br><br>HUB TECHNOLOGIES, INC.<br><br>Debtor. | Chapter 11<br>Case No. 07-17138-RS |

## ORDER

Upon the Joint Motion for the Appointment of an Examiner, filed by the Creditors' Committee and the Debtor, it is hereby ordered that the United States Trustee be and hereby is directed to appoint an Examiner pursuant to 11 U.S.C. Section 1104. The Examiner shall perform the following duties pursuant to 11 U.S.C. Section 1106:

1.  Investigate the allegations raised in the Affidavits filed in support of the opposition of Connect Plus International to the Debtor's November 6, 2007 Emergency Motion regarding possession of its assets and premises (the "CPIC Affidavits"), in the context of the acts, conduct, assets, liabilities and financial condition of the Debtor, the operation of the Debtor's business and the feasibility of the continuance of the business. The Debtor shall make conveniently available such financial and business records as are in existence and shall fully cooperate with the investigation of the Examiner. The Examiner may confer with attorneys, bookkeepers, accountants, agents of the Debtor, the Creditors' Committee and any creditor and representative thereof.

2.  File a report of the Examiner's investigation of the allegations of the CPIC Affidavits on or before ~~December 21, 2007~~ January 7, 2008.

3.  Provide a copy of the Examiner's report to the United States Trustee and the Creditors' Committee.

It is further ORDERED that the requirement that the Examiner's report be filed by ~~December 21, 2007~~ January 7, 2008 be without prejudice to the right of the Examiner to petition the Court for additional time; and

It is further ORDERED that the fees and expenses of the Examiner shall be limited to $10,000, without prejudice to the right of the Examiner to petition the court for an increase in said $10,000 ceiling on fees. The fees and expenses of the Examiner shall be paid by the Debtor within two weeks of the approval by the Court of the Examiner's Application for Fees; and

It is further ORDERED that nothing herein shall be deemed as limiting the discretion of the United States Trustee to appoint whomever she believes to be best qualified to serve as Examiner; and

It is further ORDERED that nothing herein shall be deemed as limiting the right of the United States Trustee and/or the Creditors' Committee to seek such further relief as may be appropriate.

At Boston in said District this ~~28th day of November~~ 5th day of December, 2007.

_____
Hon. Robert Somma, Bankruptcy Judge