UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| In re: ) | |
| ) | |
| HUB TECHNOLOGIES, INC. ) | Chapter 11 |
| ) | Case No.: 07-17138-RS |
| Debtor. ) | |
| ) | |

**REPORT ON DEBTOR'S PERFORMANCE FOR PERIOD ENDING JANUARY 5, 2008
AND PROJECTED BUDGET AND CASH FLOW THROUGH MARCH 29, 2008**

Pursuant to this Court's Order granting the Emergency Motion for the Use of Cash Collateral dated November 15, 2007 ("Cash Collateral Order"), Hub Technologies, Inc., the above-captioned debtor in possession (the "Debtor"), submits the following documents attached hereto:

1. A comparison of the Debtor's projected performance and the Debtor's actual performance for the time period ending January 5, 2008 (Exhibit A); and

2. The Debtor's projected budget and cash flow through March 29, 2008 (Exhibit B).

        HUB TECHNOLOGIES, INC.,
        By its attorneys,

        /s/ Leslie F. Su
        Stephen F. Gordon (BBO No. 203600)
        Leslie F. Su (BBO No. 641833)
        Gordon Haley LLP
        101 Federal Street
        Boston, Massachusetts 02110
        Tel: (617) 261-0100
        Fax: (617) 261-0789
        e-mail: sgordon@gordonhaley.com

Dated: January 7, 2008         Lsu@gordonhaley.com

P:\Clients\Hub Technologies\Plead\Report - Perf and proj cash flow 010708.doc