# EXHIBIT A

Hub Technologies, Inc.

*Comparison Analysis of (8) Week Cash Flow Projection*

**Hub Technologies, Inc.**

**Total Projected Inflow**

| | Period Ending 1/5/2008 | Actual Collected | Balance | See Notes |
|---|---|---|---|---|
| Misc.Acct.Receivable | $ 42,000.00 | $ 126,113.00 | $ - | Note #1 |
| Pall Corp. | $ 140,000.00 | $ 90,000.00 | $ 50,000.00 | Note #2 |
| Abington Inc. | $ 49,060.00 | $ 47,035.00 | $ - | Note #3 |
| Ascent Tool | $ 40,000.00 | $ - | $ 40,000.00 | Note #4 |
| GE | $ 106,000.00 | $ - | $ 106,000.00 | Note #5 |
| Kansas City Der. | $ 71,000.00 | $ 72,500.00 | $ - | Note #6 |
| IFS | $ 36,000.00 | $ 27,780.00 | $ - | Note #7 |
| LSQ | $ 12,000.00 | $ - | $ 12,000.00 | Note #8 |
| Iowa Thin Films | $ 128,000.00 | $ - | $ 128,000.00 | Note #9 |
| Citizen Bank | $ 123,000.00 | $ - | $ 123,000.00 | Note #10 |
| New Business | $ 60,000.00 | $ 63,974.00 | $ - | |
| | $ 807,060.00 | $ 427,402.00 | $ 459,000.00 | |

**Expenses**

| | | | | |
|---|---|---|---|---|
| Payroll | $ 333,160.00 | $ 263,285.00 | | Schedule A |
| Other Indirect | $ 99,493.00 | $ 21,362.00 | | Schedule A |
| Gen. & Adm. | $ 114,135.00 | $ 17,502.00 | | Schedule A |
| Direct Product.Cost | $ 131,000.00 | $ 35,075.00 | | |
| Total Expenses | $ 677,788.00 | $ 337,224.00 | | |

| | | | |
|---|---|---|---|
| Cash Est. from Plan | $ 129,272.00 | $ 90,178.00 | |
| Beginning Cash Nov.6 | $ 20,000.00 | $ - | |
| Est. Cash Balance | $ 149,272.00 | | |
| Actual Cash Balance 01/05/08 | | $ 90,178.00 | |

Hub Technologies, Inc.

**Schedule A**
*Hub Technologies, Inc.*

**Direct Costs of Production**
| | | |
|---|---|---|
| Materials | | $ 25,358.43 |
| Subcontract-Machining | | $ 650.00 |
| Inspections | | $ 7,417.88 |
| Other | | $ 1,649.12 |
| | Total | $ 35,075.43 |

**Indirect Costs of Production**
| | | |
|---|---|---|
| Shop Supplies | | $ 4,554.34 |
| Production Penalty | | |
| National Board Expense | | |
| Uniform Rental | | |
| Rent-Middleboro | | $ 16,807.63 |
| Rent-Attleboro | | |
| Real Estate Taxes | | |
| | Total | $ 21,361.97 |

**General & Administrative Expenses**
| | | |
|---|---|---|
| Bank Charges | | $ 221.49 |
| Office Expense | | $ 1,443.15 |
| Auto Expense | | |
| Internet | | $ 193.06 |
| Office Rent (NH) | | $ 720.00 |
| Telephone | | |
| Insurance | | $ 14,003.00 |
| Insurance-Deliquent Health | | |
| Insurance-Delinquent Workmans Comp. | | |
| Insurance-Auto | | |
| Utilities | | |
| Licenses & Fees | | |
| Travel Expense | | $ 922.40 |
| Professional Fees | | |
| | Total | $ 17,503.10 |

| | | |
|---|---|---|
| | Grand Total | $ 73,940.50 |

Hub Technologies, Inc.

Note #1   Contract to be completed in January 2008.

Note #2   Actual amount due was $47,035.(built November)

Note #3   Ascent Tool-Under estimated. Job returned to customer after negotiations.

Note #4   GE-Scope of job changed resulting in an increase of the contract.
          Schedule of payment is February 2008.

Note #5   Kansas City-Job completed. Shipped in December.
          Increase in price.

Note #6   IFS-Job completed in December.
          Actual balance due was $27,780.00

Note #7   LSQ-In legal. Question on termination of contract.
          Also have offered DIP financing.

Note #8   Iowa Thin Films-Major scope changed. Original underestimated. Waiting completion
          of engineering. Having to requote this job.

Note #9   Citizen Bank-In legal issue. Authorized signature or not with Gordan & Haley.

Note #10  Exceded new business by approximately $20,000.00
          New Business: Cash Received $63,974.00

# EXHIBIT B

Hub Technologies, Inc.

**Hub Technologies, Inc.**
*Cash Flow Projection 01/06/08 thru 03/29/08*

| Receipts | January | February | March | Totals |
|---|---|---|---|---|
| Beginning Balance | $ - | | $ - | $ - |
| Account Rec.-12/31/07 | $ 30,000.00 | $ - | $ - | $ 30,000.00 |
| Pall Corporation | $ 50,000.00 | $ - | $ - | $ 50,000.00 |
| GE-Hitachi | $ - | $ 106,575.00 | $ - | $ 106,575.00 |
| Busch-Pumps | $ - | $ 23,216.00 | $ - | $ 23,216.00 |
| Account Rec.-New Sales | $ 30,000.00 | $ 105,000.00 | $ 225,000.00 | $ 360,000.00 |
| DIP-Fin | $ - | $ 200,000.00 | $ - | $ 200,000.00 |
| **Total Receipts** | **$ 110,000.00** | **$ 434,791.00** | **$ 225,000.00** | **$ 769,791.00** |

| Expense | | | | |
|---|---|---|---|---|
| Payroll | $ 70,500.00 | $ 117,500.00 | $ 94,000.00 | $ 282,000.00 |
| Rent | $ 17,000.00 | $ 17,000.00 | $ 17,000.00 | $ 51,000.00 |
| Health Insurance | $ 30,000.00 | $ 10,000.00 | $ 10,000.00 | $ 50,000.00 |
| Materials | $ 5,000.00 | $ 60,000.00 | $ 75,000.00 | $ 140,000.00 |
| Telephone & Internet | $ 400.00 | $ 500.00 | $ 500.00 | $ 1,400.00 |
| A/P DIP | $ 3,000.00 | $ 5,000.00 | $ 5,000.00 | $ 13,000.00 |
| Office Expense | $ 1,000.00 | $ 2,500.00 | $ 3,000.00 | $ 6,500.00 |
| Insurance-COM | $ 2,000.00 | $ 3,000.00 | $ 3,000.00 | $ 8,000.00 |
| Engineering-Rent | $ 350.00 | $ 350.00 | $ 350.00 | $ 1,050.00 |
| Utilities | $ 5,000.00 | $ 5,000.00 | $ 5,000.00 | $ 15,000.00 |
| Travel | $ 5,000.00 | $ 10,000.00 | $ 10,000.00 | $ 25,000.00 |
| Professional Fees | $ 2,500.00 | $ 5,000.00 | $ 5,000.00 | $ 12,500.00 |
| Attleboro-Rent | $ 13,000.00 | $ 13,000.00 | $ 13,000.00 | $ 39,000.00 |
| Attleboro-Utilities | $ 3,000.00 | $ 4,000.00 | $ 4,000.00 | $ 11,000.00 |
| Misc.Taxes & Interest | $ - | $ 60,000.00 | $ - | $ 60,000.00 |
| **Total Expenses** | **$ 157,750.00** | **$ 312,850.00** | **$ 244,850.00** | **$ 715,450.00** |

| | January | February | March |
|---|---|---|---|
| Net change in cash | $ (47,750.00) | $ 121,941.00 | $ (19,850.00) |
| Beginning balance | $ 90,000.00 | $ 42,250.00 | $ 164,191.00 |
| Ending Cash Balance | $ 42,250.00 | $ 164,191.00 | $ 144,341.00 |

Note:
Balance projected @ 03/28/08
Cash                    $ 144,341.00
Accounts Receivable     $ 220,000.00