UNITED STATES BANKRUPTCY COURT, DISTRICT OF MASSACHUSETTS

Proceeding Memorandum/Order of Court

**In Re:** Hub Technologies, Inc.,  **Case Number:** 07-17138  **Ch:** 11

**MATTER:**
#46 Motion of Debtor for the Use of Cash Collateral  (S. Gordon)
(Objections due 1/8/08 12:00 noon)

**MOVANT/APPLICANT/PARTIES:**

**OUTCOME:**
_____Granted_____Denied_____Approved____ Sustained
_____Denied_____Denied without prejudice_____Withdrawn in open court_____Overruled
_____OSC enforced/released
_____Continued to:_____For:_____
_____Formal order/stipulation to be submitted by:_____Date due:_____
_____Findings and conclusions dictated at close of hearing incorporated by reference
_____Taken under advisement: Brief(s) due_____From_____
                             Response(s) due_____From_____
_____Fees allowed in the amount of: $_____Expenses of: $_____
_____No appearance/response by:_____
__✓__DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

Hearing held. Deferred pending installation of Chapter 11 Trustee.

IT IS SO NOTED:                          IT IS SO ORDERED:

                                         *Robert Somma*
_____                                                          Dated: 1/8/2008
Courtroom Deputy                         Robert  Somma, U.S. Bankruptcy Judge