# UNITED STATES BANKRUPTCY COURT, DISTRICT OF MASSACHUSETTS
## Proceeding Memorandum/Order of Court

**In Re:** Hub Technologies, Inc.,            **Case Number:** 07-17138            **Ch:** 11

**MATTER:**
BENCH RULING
#116 Motion of Creditors' Committee for Order Pursuant to Section 1106(b) of the Bankruptcy Code to Expand Power of Examiner to Include Operation of Debtor and Terminating the Exclusive Period Pursuant to Section 1121(d) of the Bankruptcy Code or, Alternatively, to Appoint

**MOVANT/APPLICANT/PARTIES:**

**OUTCOME:**
_____Granted _____Denied _____Approved _____Sustained
_____Denied _____Denied without prejudice _____Withdrawn in open court _____Overruled
_____OSC enforced/released
_____Continued to:_____ For:_____
_____Formal order/stipulation to be submitted by:_____ Date due:_____
_____Findings and conclusions dictated at close of hearing incorporated by reference
_____Taken under advisement: Brief(s) due_____ From_____
                              Response(s) due_____ From_____
_____Fees allowed in the amount of: $_____ Expenses of: $_____
_____No appearance/response by:_____
__✓__DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

Hearing held. For the reasons stated on the record, the motion is granted in part; the U.S. Trustee shall appoint a Chapter 11 Trustee forthwith.

IT IS SO NOTED:                                    IT IS SO ORDERED:

                                                   *Robert Somma*                    Dated: 1/8/2008
_____                                _____
Courtroom Deputy                                   Robert Somma, U.S. Bankruptcy Judge