UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| In re: ) | |
| ) | |
| HUB TECHNOLGIES, INC., ) | Chapter 11 |
| ) | Case No. 07-17138-RS |
| Debtor ) | |

**APPLICATION FOR AND CERTIFICATE OF
APPOINTMENT OF CHAPTER 11 TRUSTEE**

Pursuant to 11 U.S.C. §1104(a) and Fed. R. Bank. P. 2007.1, the United States Trustee: i) moves the Court to approve David Madoff, Esq. of Madoff & Khoury LLP ("Madoff") to serve as chapter 11 trustee ("Trustee") for Hub Technologies, Inc. ("Debtor") and ii) subject to Court approval, certifies Madoff's appointment as Trustee. In support, the United States Trustee says:

1. The Debtor filed its voluntary chapter 11 petition on November 6, 2007.

2. On December 5, 2007, the Court entered an agreed order ("Order") submitted by the Debtor and the official unsecured creditors' committee ("Committee"), which directed the United States Trustee to appoint an examiner ("Examiner") under 11 U.S.C. 1104(c). Docket #97. The Order instructed the Examiner to investigate and to report upon allegations regarding pre- and post-petition mismanagement and/or fraud by the Debtor's extant management. The Court approved Keith Lowey, CPA's appointment as Examiner on December 7, 2007. Docket #s100 and 101.

3. The Examiner filed a preliminary report ("Report") dated December 21, 2007, questioning, among other things, the reasonableness of the assumptions underlying the Debtor's post-petition cash forecast, its viability as a going concern, its financial

1

controls and the competence of its management. <u>Docket #114</u>. The Report concluded that unless the Debtor's current management was immediately replaced and "an aggressive, well-financed and well-orchestrated effort to reorganize this Debtor [was undertaken by new management], there will be nothing left of [the Debtor] to reorganize . . . ." <u>Id</u>. at 9.

4. On the basis of the Report, the Committee filed a motion ("Motion") to appoint a chapter 11 trustee. <u>Docket #116</u>. The Court granted the Motion on January 8, 2008. <u>Docket #147</u>.

5. Subject to Court approval, the United States Trustee has appointed Madoff to serve as Trustee.

6. The United States Trustee conferred with counsel for both the Debtor and the Committee regarding Madoff's being appointed as Trustee.

7. To the best of her knowledge, the United States Trustee is not aware that Madoff has any connections with the Debtor, the Committee, creditors, any other parties in interest, their respective attorneys and accountants, the United States Trustee or any persons employed in the office of the United States Trustee, <u>except</u> as set forth in the verified statement ("Statement") that Madoff will file with the Court on or before Friday, January 25, 2008.

WHEREFORE, the United States Trustee prays that the Court indicate its approval of the appointment of David Madoff, Esq. as Trustee for the Debtor by executing this Application in the space below.

Respectfully submitted,

PHOEBE MORSE

United States Trustee

By: /s/ Eric K. Bradford
Eric K. Bradford BBO#560231
United States Department of Justice
Thomas P. O'Neill Jr. Federal Bldg.
10 Causeway Street, Room 1184
Boston, MA 02222
PHONE:   (617) 788-0415
FAX:     (617) 565-6368
Eric.K.Bradford@USDOJ.gov

Dated: January 8, 2008.

Madoff is directed to file his Statement under Fed. R. Bankr. P. 2007.1 with the Court on or before Friday, January 25, 2008.

Bond is set for Madoff at $100,000.

APPROVED:

_____
HON. ROBERT SOMMA
United States Bankruptcy Judge

January __, 2008.

### TRUSTEE'S ACCEPTANCE

David Madoff, Esq., Madoff & Khoury, P.C., 124 Washington Street, Foxboro, MA 02035, accepts the foregoing appointment as chapter 11 Trustee for the above Debtor and the duties and responsibilities of the Trustee and obligates himself and his sureties under the terms of the bond to be filed with the United States Bankruptcy Court.

_____
David Madoff, Esq.