# UNITED STATES BANKRUPTCY COURT, DISTRICT OF MASSACHUSETTS
## Proceeding Memorandum/Order of Court

**In Re:** Hub Technologies, Inc.,     **Case Number:** 07-17138     **Ch:** 11

**MATTER:**
#46 Motion of Debtor for the Use of Cash Collateral

**MOVANT/APPLICANT/PARTIES:**

**OUTCOME:**
\_\_\_\_\_Granted\_\_\_\_\_Denied\_\_\_\_\_Approved\_\_\_\_Sustained
\_\_\_\_\_Denied\_\_\_\_\_Denied without prejudice\_\_\_\_\_Withdrawn in open court\_\_\_\_\_Overruled
\_\_\_\_\_OSC enforced/released
\_\_\_\_\_Continued to:_____For:_____
\_\_\_\_\_Formal order/stipulation to be submitted by:_____Date due:_____
\_\_\_\_\_Findings and conclusions dictated at close of hearing incorporated by reference
\_\_\_\_\_Taken under advisement: Brief(s) due_____From_____
                                Response(s) due_____From_____
\_\_\_\_\_Fees allowed in the amount of: $_____Expenses of: $_____
\_\_\_\_\_No appearance/response by:_____
\_\_✓\_\_DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

In view of the appointment of a chapter 11 trustee, the Debtor's Motion for the Use of Cash Collateral is denied as moot without prejudice to the trustee's separate right to obtain authority to use cash collateral.

IT IS SO NOTED:                              IT IS SO ORDERED:

                                             *Robert Somma*
_____                         _____ **Dated:** 01/14/2008
Courtroom Deputy                             Robert Somma, U.S. Bankruptcy Judge