# Unclaimed Funds

Entered 1/1/2001 to 1/30/2014

| Case No./ Cred No. | Creditor | Amount | Entered |
|---|---|---|---|
| 07-17138 -fjb 19197315 | Highland Townsend Associates LP c/o Scott Bettencourt, Esq. 167 Washington Street Norwell, MA 02061 02061 | 2,018.95 | 01/30/2014 |

**Grand Total: 2,018.95**